IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTIONE S. LEE, | : | |
| | : | |
| **Plaintiff,** | : | Case No. 13-CV-00090 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| SERGEANT JOE MEYERS, | : | |
| | : | Magistrate Judge Abel |
| **Defendant.** | : | |

OPINION AND ORDER

This case is before the Court on the Initial Screening **Report and Recommendation**

(Doc. 13) recommending the dismissal of Plaintiff Antione S. Lee's Complaint under 42 U.S.C.

§ 1983 against Sergeant Joe Meyers (Doc. 7). Under 28 U.S.C. § 1915A, the Court must dismiss

any civil action by a prisoner that is "frivolous [or] malicious," "fails to state a claim on which

relief may be granted," or "seeks monetary relief against a defendant who is immune from such

relief." On July 22, 2013, the Magistrate Judge found that the Complaint failed to state a claim

for relief. (*See* Doc. 13). Plaintiff was specifically informed that any objection to the Report and

Recommendation must be filed within 14 days. (*Id.* at 4). Plaintiff acknowledged receipt of the

Report and Recommendation on July 25, 2013 (Doc. 14), but has filed no objections.

Since Plaintiff has not objected, and deadline has elapsed, the Court **ADOPTS** the

Magistrate Judge's Report and Recommendation. The Complaint is hereby **DISMISSED**.

        **IT IS SO ORDERED.**

                                        s/ Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT JUDGE**


**DATED: October 9, 2013**